UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

NANCY REUTER and JACK REUTER,   Civil Action No.
                                 10-3019 WJM

        Plaintiff,

v.                               **O R D E R**

MEDTRONICS, INC., et als

        Defendants.

---

A Report and Recommendation was filed on November 5, 2010 recommending that this civil action be remanded to the Superior Court of New Jersey, and the request for attorney fees be denied; and the parties having been given notice that they had ten days to object to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation de novo; and good cause appearing;

It is on this 23 day of November, 2010

**ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court and; and it is further

**ORDERED** that this matter is remanded to the Superior Court of New Jersey, Middlesex County; and it is further

**ORDERED** that the Plaintiff's request for attorney fees and costs be denied.

_____
WILLIAM J. MARTINI, U.S.D.J.